In the Matter of HARRY LIPMAN, Doing Business as ACME SHELLAC PRODUCTS COMPANY, Respondent.

HAEUSER SHELLAC COMPANY, INC., Appellant.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 76.)

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Appellant, *v.* PEARL ADLER et al., Defendants and HENRY D. GASNER et al., Respondents.

Submitted October 5, 1942; decided October 15, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 34.)

ELIZABETH ROPER, as Attorney in Fact of MILARD K. ROPER, Respondent, *v.* PATRICK WALSH, as Fire Commissioner and Chief of Fire Department of the City of New York, et al., Appellants.

Submitted October 5, 1942; decided October 15, 1942.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by striking therefrom the provision awarding costs to the respondent. (See 289 N. Y. 546.)